IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMIL COOPER,** | : | |
| Plaintiff | : | No. 1:20-cv-02430 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UNIT MANAGER MILLER, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 3rd day of November 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to amend the docket in the above-captioned action to reflect the proper spelling of the names of Defendants Haldemann, Brubaker, and McClellan;

2. Defendants' motions to dismiss (Doc. Nos. 36, 56) are **GRANTED IN PART** and **DENIED IN PART**, as follows:

    a. The motions are **GRANTED** with respect to: (1) Plaintiff's § 1983 claims against Defendants Wetzel and Garman; (2) Plaintiff's claims against Defendants Brubaker, McMahon, Houser, and T. Miller regarding the handling of his grievances and misconduct appeals; and (3) Plaintiff's Fourteenth Amendment due process claim regarding the loss of property. Plaintiff may not file a second amended complaint in this matter;

    b. The motions are **DENIED** with respect to all other claims, namely: (1) Plaintiff's Eighth Amendment claim; (2) Plaintiff's First Amendment retaliation and Fourteenth Amendment retaliatory due process claims; and (3) Plaintiff's negligence claim.

3. Defendants' motion to stay discovery (Doc. No. 57) is **DENIED AS MOOT**;

4. Plaintiff's second motion to compel with respect to Defendant Wetzel (Doc. No. 48) is **GRANTED** to the extent that Defendant Wetzel is directed to provide responses to Plaintiff's first set of interrogatories within sixty (60) days of the date of this Order;

5. Defendants are directed to file an answer to Plaintiff's amended complaint (Doc. No. 29) within fourteen (14) days of the date of this Order; and

2

6.       The parties are directed to complete discovery within six (6) months of the date on which Defendants file their answer.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
