IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIL COOPER, | : | |
|    Plaintiff | : | No. 1:20-cv-02430 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| UNIT MANAGER MILLER, et al., | : | |
|    Defendants | : | |

## ORDER

**AND SO**, on this 7th day of December 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to file a document under seal (Doc. No. 85) is **GRANTED**, and the Clerk of Court is directed to maintain Defendants' exhibit (Doc. No. 94) under seal pending further Order of the Court;

2. Plaintiff's third motion to compel (Doc. No. 60) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

    a. The motion is **GRANTED** with respect to Plaintiff's request that Defendants produce copies of the maintenance orders related to fixing leaks in the roofs of the inmate dining halls at SCI Rockview. Defendants are directed to produce relevant documents addressing this request to Plaintiff within thirty (30) days of the date of this Order;

    b. The motion is **DENIED WITHOUT PREJUDICE** with respect to Plaintiff's requests for the employment records for Defendants Breese and Sampsel, and Plaintiff may file a renewed motion to compel addressing these requests should he desire to do so; and

    c. The motion is **DENIED** with respect to all other requests.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
