# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIL COOPER,      Plaintiff | : : : | |
| | : | No. 1:20-cv-2430 |
| v. | : : | (Judge Kane) |
| UNIT MANAGER MILLER, et al.,      Defendants | : : | |

## ORDER

**AND NOW**, on this 30th day of September 2022, upon consideration of the above-captioned matter, wherein Plaintiff has filed a motion for reconsideration (Doc. No. 101), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Plaintiff's motion for reconsideration (Doc. No. 101) is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
