-IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIL COOPER, | : | |
|     Plaintiff | : | |
| | : | No. 1:20-cv-2430 |
| v. | : | |
| | : | (Judge Kane) |
| UNIT MANAGER MILLER, <u>et al.</u>, | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 30th day of September 2022, upon consideration of the above-captioned matter, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for a temporary restraining order (Doc. No. 108) is **DENIED**;

2. Plaintiff's motion for sanctions (Doc. No. 103) is **GRANTED** in part and **DENIED** in part as follows:

    a. Plaintiff is **GRANTED** leave to file a motion for leave to amend his amended complaint, a brief in support, and a proposed second amended complaint. Plaintiff shall file his motion, brief, and proposed second amended complaint within **thirty (30) days** of the date of this Order;

    b. Plaintiff is **DENIED** attorney's fees;

3. Plaintiff's motion for the appointment of an expert witness (Doc. No. 146) is **DENIED**;

4. Pending resolution of Plaintiff's forthcoming motion for leave to amend, the Court will **STAY** discovery in this matter, as well as a ruling on the pending discovery motions. (Doc. Nos. 137, 148, 149, 154.) Once Plaintiff's forthcoming motion for leave to amend has been resolved, the Court will set a new discovery deadline and address the stayed discovery motions;

5. Plaintiff's recent motion to extend the discovery deadline (Doc. No. 158) is **DENIED** as moot;

5. If Plaintiff fails to file his motion for leave to amend and related documents, or a motion for an extension of time to do so, within the thirty (30) days, the Court will proceed by addressing discovery at that point in time.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
