# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMIL COOPER,** | : | |
| Plaintiff | : | |
| | : | No. 1:20-cv-02430 |
| v. | : | |
| | : | (Judge Kane) |
| **UNIT MANAGER MILLER, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 23rd day of January 2024, upon consideration of Defendants' pending motions on the Court's docket in the above-captioned action, and in light of the Court's Memorandum and Order issued on this date, which, in pertinent part, set forth a close of fact discovery deadline of May 23, 2024, and a dispositive motions deadline of July 22, 2024, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 191) is **DENIED WITHOUT PREJUDICE** to renewal of the same following discovery;

2. Defendants' motions seeking an extension of time in which to file a supporting brief and/or statement of material facts in connection with their motion for summary judgment (Doc. Nos. 192, 193, 194) are **DENIED as moot**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania